# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BENJAMIN FREEDLAND | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-2250 |
| CARMEN FANELLI, *et al* | : | |

## ORDER

**AND NOW,** this 10th day of June 2019, upon considering the Defendants Fisher's, Nelson's and Fitzgerald's Motion to dismiss the amended Complaint (ECF Doc. No. 41), Plaintiff's Opposition (ECF Doc. No. 52) where he agreed to dismiss Defendants Fisher and Nelson resulting in our May 31, 2019 Order (ECF Doc. No. 54) dismissing Defendants Fisher and Nelson, the required Declaration describing Plaintiff's grievances (ECF Doc. No. 56), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Fitzgerald's Motion to dismiss (ECF Doc. No. 41) is **GRANTED** and Correctional Services Specialist Fitzgerald is **dismissed.**

_____
KEARNEY, J.